## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) Greg Duke | TITLE Process Server |

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the defendant. Place where served: ; or

- [ ] Left the summons at the individual's residence or usual place of abode with (name): a person of suitable age and discretion who resides there.
  on (date): and mailed a copy to the individual's last known address; or

- [ ] Name of person with whom the summons and complaint were left: . or

- [ ] Returned unexecuted: . or

- [X] Other (specify): Served at Registered Agents, Inc., Five Greentree Centre, Ste 104, 525 Route 73 North, Marlton, NJ 08053. Accepted by: Brianna Gonzalez (Agent - authorized to accept service) On: 4/30/2024 at 11:37AM.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/2/24
Date

Signature of Server

67 Monroe Avenue, Roseland NJ 07068
Address of Server