UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------------x
RACHEL PRICE,

|  |  |
|---|---|
| Plaintiff, | Civil Action 2:24-CV-00672 |
|  | Judges: |
|  | HON.  Stanley R. Chesler, |
|  | Presiding; |
|  | HON. Cathy L. Waldor, |
|  | Referral  Magistrate |
| -against- | ANSWER |

THE HEART BALLROOM& LOFT LLC
AND ICW NO HOLDS BARRED LLC
                                        Defendants.
----------------------------------------------------------------------x


Defendants, ICW NO HOLDS BARRED LLC, by and through their counsel, ROBERT G.

RICCO, Esq., by way of ANSWER to  the   COMPLAINT of  PLAINTIFF,   says that:


1. Defendant denies each and every allegation contained in the paragraph numbered 1 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

2. Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs numbered 2 of the Complaint and leaves therefore Plaintiff to her  proofs.

3. Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs numbered 3 of the Complaint and therefore leave Plaintiff to its proofs and all questions of law to this honorable Court.

4. Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs numbered 4 of the Complaint and therefore leave Plaintiff to its proofs and all questions of law to this honorable Court.

5. Defendants denies each and every allegations set forth in paragraphs numbered 5 of the Complaint and admits only that its company registration speaks for itself.

6. Defendants denies each and every allegations set forth in paragraphs numbered 6 of the Complaint and leaves Plaintiff to her  proofs.

7. Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs numbered 7 of the Complaint and therefore leaves Plaintiff to her  proofs and all questions of law to this honorable court.

8. Defendant denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs numbered 8 of the Complaint and therefore leaves Plaintiff to her  proofs and all questions of law to this honorable court.

## AS AND FOR A RESPONSE TO FACTUAL STATEMENTS

9. Defendant denies each and every allegation contained in the paragraph numbered 9 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

10.  Defendant denies each and every allegation contained in the paragraph numbered 10 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the

Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

11. Defendant denies each and every allegation contained in the paragraph numbered 11 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

12. Defendant denies each and every allegation contained in the paragraph numbered 12 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

13. Defendant denies each and every allegation contained in the paragraph numbered 13 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

14. Defendant denies each and every allegation contained in the paragraph numbered 14 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

15. Defendant denies each and every allegation contained in the paragraph numbered 15 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

16. Defendant denies each and every allegation contained in the paragraph numbered 16 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

17. Defendant denies each and every allegation contained in the paragraph numbered 17 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

18. Defendant denies each and every allegation contained in the paragraph numbered 18 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

19. Defendant denies each and every allegation contained in the paragraph numbered 19 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the

Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

20. Defendant denies each and every allegation contained in the paragraph numbered 20 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

21. Defendant denies each and every allegation contained in the paragraph numbered 21 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

22. Defendant denies each and every allegation contained in the paragraph numbered 22 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

23. Defendant denies each and every allegation contained in the paragraph numbered 23 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

24. Defendant denies each and every allegation contained in the paragraph numbered 24 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

25. Defendant denies each and every allegation contained in the paragraph numbered 25 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

26. Defendant denies each and every allegation contained in the paragraph numbered 26 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

27. Defendant denies each and every allegation contained in the paragraph numbered 27 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

28. Defendant denies each and every allegation contained in the paragraph numbered 28 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the

Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

29. Defendant denies each and every allegation contained in the paragraph numbered 29 of the Complaint and leaves all questions of law and fact to this Honorable Court, but does not contest allegations which attribute responsibility and fault solely to the Landlord named herein, THE HEART BALLROOM & LOFT LLC, over which this answering Defendant has no control.

30. Defendant denies each and every allegation contained in the paragraph numbered 30 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

31. Defendant denies each and every allegation contained in the paragraph numbered 31 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

32. Defendant denies each and every allegation contained in the paragraph numbered 32 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

33. Defendant denies each and every allegation contained in the paragraph numbered 33 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

34. Defendant denies each and every allegation contained in the paragraph numbered 34 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

35. Defendant denies each and every allegation contained in the paragraph numbered 35 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

36. Defendant denies each and every allegation contained in the paragraph numbered 36 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

37. Defendant denies each and every allegation contained in the paragraph numbered 37 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

38. Defendant denies each and every allegation contained in the paragraph numbered 38 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

39. Defendant denies each and every allegation contained in the paragraph numbered 39 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

40. Defendant denies each and every allegation contained in the paragraph numbered 40 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

41. Defendant denies each and every allegation contained in the paragraph numbered 41 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

42. Defendant denies each and every allegation contained in the paragraph numbered 42 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

43. Defendant denies each and every allegation contained in the paragraph numbered 43 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

44. Defendant denies each and every allegation contained in the paragraph numbered 44 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

45. Defendant denies each and every allegation contained in the paragraph numbered 45 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

46. Defendant denies each and every allegation contained in the paragraph numbered 46 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

47. Defendant denies each and every allegation contained in the paragraph numbered 47 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

48. Defendant denies each and every allegation contained in the paragraph numbered 48 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

49. Defendant denies each and every allegation contained in the paragraph numbered 49 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

50. Defendant denies each and every allegation contained in the paragraph numbered 50 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

51. Defendant denies each and every allegation contained in the paragraph numbered 51 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

52. Defendant denies each and every allegation contained in the paragraph numbered 52 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

53. Defendant denies each and every allegation contained in the paragraph numbered 53 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

54. Defendant denies each and every allegation contained in the paragraph numbered 54 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

55. Defendant denies each and every allegation contained in the paragraph numbered 55 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

56. Defendant denies each and every allegation contained in the paragraph numbered 56 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

57. Defendant denies each and every allegation contained in the paragraph numbered 57 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

58. Defendant denies each and every allegation contained in the paragraph numbered 58 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

59. Defendant denies each and every allegation contained in the paragraph numbered 59 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

60. Defendant denies each and every allegation contained in the paragraph numbered 61 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

61. Defendant denies each and every allegation contained in the paragraph numbered 61 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

## AS AND FOR AN ANSWER TO PLAINTIFF'S

## FIRST CAUSE OF ACTION SOUNDING IN NEGLIGENCE

62. Defendant denies each and every allegation contained in the paragraph numbered 62 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

63. Defendant denies each and every allegation contained in the paragraph numbered 63 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

64. Defendant denies each and every allegation contained in the paragraph numbered 64 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

65. Defendant denies each and every allegation contained in the paragraph numbered 65 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

66. Defendant denies each and every allegation contained in the paragraph numbered 66 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

67. Defendant denies each and every allegation contained in the paragraph numbered 67 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

68. Defendant denies each and every allegation contained in the paragraph numbered 68 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

69. Defendant denies each and every allegation contained in the paragraph numbered 69 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

70. Defendant denies each and every allegation contained in the paragraph numbered 70 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

71. Defendant denies each and every allegation contained in the paragraph numbered 71 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

72. Defendant denies each and every allegation contained in the paragraph numbered 72 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

73. Defendant denies each and every allegation contained in the paragraph numbered 73 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

74. Defendant denies each and every allegation contained in the paragraph numbered 74 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

## **AS AND FOR AN ANSWER TO PLAINTIFF'S**

## **SECOND CAUSE OF ACTION SOUNDING IN RESPONDEAT SUPERIOR**

75. Defendant denies each and every allegation contained in the paragraph numbered 75 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

76. Defendant denies each and every allegation contained in the paragraph numbered 76 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

77. Defendant denies each and every allegation contained in the paragraph numbered 77 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

78. Defendant denies each and every allegation contained in the paragraph numbered 78 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

79. Defendant denies each and every allegation contained in the paragraph numbered 79 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

80. Defendant denies each and every allegation contained in the paragraph numbered 80 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

81. Defendant denies each and every allegation contained in the paragraph numbered 81 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

82. Defendant denies each and every allegation contained in the paragraph numbered 82 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

83. Defendant denies each and every allegation contained in the paragraph numbered 83 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

84. Defendant denies each and every allegation contained in the paragraph numbered 84 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

## AS AND FOR AN ANSWER TO PLAINTIFF'S

## THIRD CAUSE OF ACTION SOUNDING IN NEGLIGENT HIRING/

## SUPERVISION and RETENTION

85. Defendant denies each and every allegation contained in the paragraph numbered 85 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

86. Defendant denies each and every allegation contained in the paragraph numbered 86 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

87. Defendant denies each and every allegation contained in the paragraph numbered 87 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

88. Defendant denies each and every allegation contained in the paragraph numbered 88 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

89. Defendant denies each and every allegation contained in the paragraph numbered 89 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

90. Defendant denies each and every allegation contained in the paragraph numbered 90 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

91. Defendant denies each and every allegation contained in the paragraph numbered 91 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

92. Defendant denies each and every allegation contained in the paragraph numbered 92 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

93. Defendant denies each and every allegation contained in the paragraph numbered 93 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

94. Defendant denies each and every allegation contained in the paragraph numbered 94 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

95. Defendant denies each and every allegation contained in the paragraph numbered 95 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

96. Defendant denies each and every allegation contained in the paragraph numbered 96 of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

97. Defendant denies each and every allegation contained in the paragraph entitled "WHEREFORE" of the Complaint and leaves all questions of law and fact to this Honorable Court and Plaintiff to her proofs.

98.  Defendant herein overall denies the allegations contained in the complaint against it in any manner, and asserts this additional denial so as to preempt any argument that might be created by a typographical error. Furthermore, any reference to Parties or pronouns in singular or in plural form shall be  regarded as relating to the parties herein and given their proper meaning, correcting any typographical or syntax or grammatical errors.

## AS AND FOR AN ANSWER TO ALL CROSS-CLAIMS

This Defendant denies each and every allegation of any and all Cross-claims filed against this defendant.

## CROSS-CLAIM AGAINST ALL OTHER DEFENDANTS

This Answering Defendant, by way of Cross-Claim against any and all party Defendants named in the complaint, as well as any unknown parties and John Does, says:

1. While denying that it is in any way liable under the claims for relief asserted against it, this Defendant alleges:

   a.  The other Defendants are responsible in whole or in part, jointly and severally, for any obligation imposed upon this answering Defendant for any and all damages, when arising by operation of law, or any imputed or implied obligation, contractual provision, or any other duty arising under law as they were the actual responsible parties, being directly responsible and therefore liable for their own actions, and/or are in turn obligated to the answering Defendant under and by virtue of operation of law.

   b. The other defendants are also obligated under the terms and provisions of the Joint Tortfeasors Contribution Act (N.J.S.A. 2A:53A, *et seq.*) for their pro-rata share of any judgment, in amounts and percentages to be determined by the court.

   c. This answering defendant claims INDEMNIFICATION AND CONTRIBUTION from the Defendants  arising from contractual obligations and or by operation of law.

   d. WHEREFORE, this party defendant demands judgment of restitution, indemnity, contribution, or apportionment of responsibility from the other  Defendants.


**WHEREFORE,** Defendants demand dismissal of the Complaint filed against it with prejudice and costs of suit.

All references to parties and defendants by name or pronoun, whether in singular or plural form, shall be deemed grammatically adjusted to refer to proper linguistic noun-verb agreement and actual singular or plural status without prejudice.

## AFFIRMATIVE AND OTHER DEFENSES

## FIRST SEPARATE DEFENSE

Plaintiffs' Complaint fails to state a cause of action or claim upon which relief may be granted.

## SECOND SEPARATE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of estoppel.

## THIRD SEPARATE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of laches.

## THIRD SEPARATE DEFENSE

Plaintiffs' Complaint is barred by the Statute of Frauds.

19

## FIFTH SEPARATE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of unclean hands.

## SIXTH SEPARATE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of waiver.

## SEVENTH SEPARATE DEFENSE

The damages, if any, sustained by the Plaintiffs were solely the result of their own actions or inactions.

## EIGHTH SEPARATE DEFENSE

The damages, if any, sustained by the Plaintiff was solely the result of a third-party or third-parties' actions over whom this answering Defendant had no control.

## NINTH SEPARATE DEFENSE

Plaintiffs failed to act in mitigation of his damages, if any, and therefore are liable under the Doctrine of Avoidable Consequences.

## TENTH SEPARATE DEFENSE

Any alleged agreement between the Defendants  and Plaintiffs is void *ab initio.*

## ELEVENTH SEPARATE DEFENSE

The alleged agreement between the Defendants and Plaintiffs is voidable.

## TWELFTH SEPARATE DEFENSE

Defendants deny the existence of an agreement as referred to in the Plaintiffs' Complaint, or in the alternative that if any agreement exists, the terms of the agreement differ in meaning from that presented by the Plaintiff, such that Defendants have no liability under contract.

## THIRTEENTH SEPARATE DEFENSE

Plaintiffs have failed to satisfy the conditions precedent of any alleged agreement between the parties.

## FOURTEENTH SEPARATE DEFENSE

Plaintiff's Complaint is against parties who are not in this Complaint, and as such the lack of indispensable parties renders this case incomplete and un-triable.

## FIFTEENTH SEPARATE DEFENSE

Plaintiff's claims are frivolous and are barred pursuant to New Jersey law.

## SIXTEENTH SEPARATE DEFENSE

Plaintiffs' Complaint fails because the causation of the alleged damages lacks a proximate causal connection as to the actions of these answering Defendants .

## SEVENTEENTH SEPARATE DEFENSE

Any and all injuries and damages sustained were the result of third party actions over which this Defendant had no control.

## EIGHTEENTH SEPARATE DEFENSE

The Plaintiff's damages were caused by others via either intervening and or superseding causes relieving these answering Defendants  of any liability.

## NINETEENTH SEPARATE DEFENSE

Plaintiffs claims are barred by the applicable statute of limitations.

## TWENTIETH SEPARATE DEFENSE

The Plaintiff's claims are barred by the spoliation of evidence.

## TWENTY-FIRST SEPARATE DEFENSE

Any liability imposed upon Defendant should be reduced by comparative negligence as well as the New Jersey 51 Percent Rule.

## TWENTY-SECOND SEPARATE DEFENSE

Any claims that emanate from the same nucleus of operative fact not raised herein are barred by the New Jersey Entire Controversy Doctrine.

## TWENTY-THIRD SEPARATE DEFENSE

Any liability imposed upon Defendant should be reduced by contributory negligence of the Plaintiff.

## TWENTY-FOURTH SEPARATE DEFENSE

Defendant cannot be liable to Plaintiff for any injury allegedly suffered by Plaintiff due to a condition that it had no actual or constructive notice of, nor responsibility to  cure.

## TWENTY-FIFTH  SEPARATE DEFENSE

Defendant asserts that Diversity Jurisdiction is mislaid depriving this Court of Jurisdiction.

## TWENTY-SIXTH SEPARATE DEFENSE

Defendant reserves the right to amend this answer and assert other additional defenses discovered during discovery that might be applicable.

WHEREFORE, these answering Defendant  demands judgment against Plaintiff dismissing said Complaint.

Dated: June 26, 2024,

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule, Robert G. Ricco, Esq. is  hereby designated as trial counsel for this answering Defendants, in this matter.

Law office of Robert G. Ricco

190 Main Street, Suite 307

Hackensack, NJ 07601

23

811 Westwood Avenue, River Vale, NJ 07675

(201) 961-2142

Attorneys for Defendant

ICW NO HOLDS BARRED LLC

By: *Robert G. Ricco*

NJ Bar **ID 051051995**

Robert G. Ricco, Esq.,

Dated: June 26, 2024

e-mail:
robert@riccolaw.net
Law Office of Robert G. Ricco, Esq.
T: 201-961-2142

to :

LEWIS, JOHS, AVALLONE, AVILES, LLP
Attorneys for Defendant
61 Broadway, Suite 2000
New York, NY  10006
(212) 233-7195

## CERTIFICATION OF SERVICE

I, Robert G. Ricco, hereby certify and declare under penalty of perjury that I have served a copy of the attached ANSWER  upon parties registered for ECF filing who have appeared in the above referenced matter by electronic filing this 26th Day  of June 26, 2024.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 26, 2024,

*Robert G. Ricco /s/*

NJ Bar **ID 051051995**