UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
RACHEL PRICE,

                             Plaintiff,

-against-

THE HEART BALLROOM & LOFT LLC
and ICW NO HOLDS BARRED LLC

                            Defendants.
-------------------------------------------------------X

Civil Action No: 24:-cv-00672

**REQUEST TO CLERK TO ENTER DEFAULT**

To:   **Via ECF**
       Clerk
       Senator Frank R. Lautenberg Building
       United States District Court for the District of New Jersey
       United States Courthouse and Post Office Building
       2 Federal Square
       Newark, New Jersey 07101-0999

      Defendant, THE HEART BALLROOM & LOFT LLC, having failed to answer and/or appear in this action, and the time for appearance having expired, you are requested to enter defendant's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: May 8, 2025

                                            Respectfully submitted,

                                            LEWIS JOHS AVALLONE AVILES, LLP
                                            Attorneys for Plaintiff
                                            61 Broadway, Suite 2000
                                            New York, NY  10006
                                            (212) 233-7195

                                            _____
                                            By:  John E. Horan
                                            jehoran@lewisjohs.com
                                            File No.:  11-1290

TO:

**By mail**
THE HEART BALLROOM & LOFT LLC
37-39 Bloomfield Avenue
Newark, New Jersey, 07104

**Via ECF**
Robert G. Ricco, Esq.
Attorney for Defendant
ICW NO HOLDS BARRED LLC
190 Main Street, Suite 301
c/o NCD LLC
Hackensack, NJ 07601
(201) 961-2142