UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
RACHEL PRICE,                                    Civil Action No: 24:-cv-00672

                Plaintiff,        **DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

   -against-

THE HEART BALLROOM & LOFT LLC
and ICW NO HOLDS BARRED LLC

                Defendants.
-------------------------------------------------------X

John E. Horan, being duly sworn, deposes and says:

1. I am the attorney for plaintiff, RACHEL PRICE, in the above action.

2. A copy of the summons and complaint was served on defendant, THE HEART BALLROOM & LOFT LLC, on May 1, 2024 at 138 Grumman Ave. in Newark NJ upon the Registered Agent for THE HEART BALLROOM & LOFT LLC, Olumayowa Okubanjo. Service attempts were made on April 29, 2024 at 2:50 p.m., on April 30, 2024 at 9:45 a.m., and again on May 1, 2024, at 6:42 p.m. **See, ECF Doc. 4.**

3. A copy of the summons and complaint was then served on defendant, THE HEART BALLROOM & LOFT LLC, on May 1, 2024 at 138 Grumman Ave. in Newark NJ upon the Registered Agent for THE HEART BALLROOM & LOFT LLC, Olumayowa Okubanjo. **See, ECF Doc. 4.**

4. Service was attempted again on May 2, 2024 at 8:19 a.m., but there was no answer. **See, ECF Doc. 5.**

5. The affidavits of service are on file in this action. **ECF Doc. 4 and 5**.

6. On June 10, 2024, I issued a good faith letter to defendant THE HEART BALLROOM & LOFT LLC, via its registered agent, Olumayowa Okubanjo, indicating that THE HEART BALLROOM & LOFT LLC had been served with a summons and complaint but had not appeared in this action, served an answer to the complaint, or asked for an extension of time to serve an answer, and warning that a default judgment would be taken if it did not answer or appear. See, **ECF Doc. 7.**

7. The default letter is on file in this action. **ECF Doc. 7.**

8. On January 30, 2025, prior to the telephone conference in this matter with Magistrate Waldor, my office telephoned THE HEART BALLROOM & LOFT LLC and left a voicemail regarding the conference.

9. On January 30, 2025, prior to the telephone conference in this matter with Magistrate Waldor, my office sent a text message to The Heart Ballroom regarding the conference. **See Exhibit A.**

10. On January 30, 2025, prior to the telephone conference in this matter with Magistrate Waldor, my office sent an email to The Heart Ballroom regarding the conference. **See Exhibit B.**

11. Defendant THE HEART BALLROOM & LOFT LLC did not respond to the voicemail, text or email and did not appear at the conference.

12. To date, Defendant THE HEART BALLROOM & LOFT LLC has not answered or otherwise appeared in this action, despite plaintiff's efforts, and the time within which defendant may appear has expired.

13. Accordingly, plaintiff respectfully requests that you enter defendant's default against THE HEART BALLROOM & LOFT LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Islandia, NY
May 8, 2025

Respectfully submitted,

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Plaintiff
61 Broadway, Suite 2000
New York, NY 10006
(212) 233-7195

By: John E. Horan
jehoran@lewisjohs.com
File No.: 11-1290

TO:

**By mail**
THE HEART BALLROOM & LOFT LLC
37-39 Bloomfield Avenue
Newark, New Jersey, 07104

**Via ECF Only**
Robert G. Ricco, Esq.
Attorney for Defendant
ICW NO HOLDS BARRED LLC
190 Main Street, Suite 301
c/o NCD LLC
Hackensack, NJ 07601
(201) 961-2142