**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHEL PRICE, | Civil Action No. 24-00672 (SRC) |
| Plaintiff, | |
| v. | **ORDER** |
| THE HEART BALLROOM & LOFT LLC and ICW NO HOLDS BARRED LLC, | |
| Defendants. | |

**CHESLER, District Judge**

This matter comes before the Court on a Motion for Default Judgment submitted by Plaintiff Rachel Price (d.e. No. 32) seeking an Order for default judgment against Defendant The Heart Ballroom & Loft LLC. No opposition was filed. The Court, having considered all the papers, proceeds to rule on the motion as follows:

**IT IS** on this 10th day of December, 2025,

**ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **GRANTED**; and

2. This matter is referred to Magistrate Judge Cari Fais to hold a proof hearing to determine the amount and extent of damages.

                                                                /s/ Stanley R. Chesler  
                                                                THE HON. STANLEY R. CHESLER  
                                                                UNITED STATES DISTRICT JUDGE

Dated: December 10, 2025