ROBERT G. RICCO, ESQ.                                                              New York Office
Admitted to Practice in                                                            79 Rennert Lane
New Jersey, New York and Florida                                                   Bardonia, NY 10954
robert@riccolaw.net

**The Law Offices of**
**Robert G. Ricco, Esq.**

811 Westwood Avenue*    190 Main Street, 3rd c/o N,C &D LLC
River Vale NJ 07675     Hackensack, NJ 07601

(201) 961-2142 fax (201) -992-3055

January 28, 2026

HON. CARI FAIS MAGISTRATE JUDGE
US Federal Court, Newark

                               In re:  Rachel Price v Heart Ballroom
                                         2:24-cv-00672-SRC-CLW
                                         REQUEST to APPEAR by TELEPHONE
                                         OR ZOOM
                                         <u>Conf time from 11 AM</u>

Dear HON. Judge FAIS:

       I ask that the Court allow the undersigned withdrawing attorney to appear via zoom or telephone tomorrow at 11 A.M. I called earlier this week to check whether there had been a ruling, but called today in an abundance of caution.

       I apologize for the late notice, as I was somewhat confused by the December 17, 2025 text order and incorrectly assumed that the motion would be decided before the January 29, 2026 hearing date. I had this case when I was a solo practitioner but now work for a law firm in Dover, NJ. I have the consent of my adversary to appear remotely. The owner of my defendant knows to appear in person, as I called him today, even though I had sent him all prior orders last month, as instructed by the court.

                                                       Most respectfully,

                                                     *Robert G. Ricco*
                                                     Robert G. Ricco

cc:
Parties via E-filing