**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RACHEL PRICE, : | **Civil Action No. 24-00672 (SRC)** |
| : | |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| : | |
| THE HEART BALLROOM & LOFT LLC : | |
| and ICW NO HOLDS BARRED LLC, : | |
| Defendants. : | |
| : | |
| : | |

**CHESLER, District Judge**

This matter comes before the Court on a Motion for Default Judgment submitted by Plaintiff Rachel Price (d.e. No. 50) seeking an Order for default judgment against Defendant ICW NO HOLDS BARRED LLC.  No opposition was filed.  The Court, having considered all the papers, proceeds to rule on the motion as follows:

**IT IS** on this 21st day of July, 2026,

**ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **GRANTED** as to Defendant ICW No Holds Barred LLC; and

2. This matter is referred to Magistrate Judge Cari Fais to hold a proof hearing to determine the amount and extent of damages.

1

3. Plaintiff may file a separate Motion for Leave to File an Amended Complaint before

Magistrate Judge Cari Fais.

        /s/ Stanley R. Chesler
THE HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2026